# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ALBERT ESTRADA,**

    **Plaintiff,**

v.                                                            Case No. 3:13cv47/MCR/CJK

**MARK HENRY, et al.,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 6, 2013 (doc. 48). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.[1]

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** as malicious under 28 U.S.C. §1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

---

[1] The docket reflects that Plaintiff filed a Notice of Interlocutory Appeal (doc. 51) of the Magistrate Judge's Report and Recommendation on November 22, 2013. However, "appellate courts are without jurisdiction to hear appeals directly from federal magistrates." *United States v. Renfro*, 620 F.2d 497, 500 (5th Cir.), *cert. denied*, 449 U.S. 921 (1980); *see Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc) (adopting the case law of the former Fifth Circuit developed before October 1, 1981, as precedent in this Circuit). "[A] notice of appeal filed with respect to a non-appealable order does not have any effect on the district court's jurisdiction." *United States v. Riolo*, 398 F. App'x 568, 571 (11th Cir. 2010) (citing *United States v. Hitchmon*, 602 F.2d 689, 694 (5th Cir. 1979) (*en banc*)).

3. The Clerk is directed to close the file.
4. All pending motions are **DENIED** as moot.

**DONE and ORDERED** this 24th day of December, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:13cv47/MCR/CJK*